IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00007-BNB

TARNELL JONES,

    Plaintiff,

v.

CO SHOW,
CO MURFIS,
CO GRZION,
CO MICK,
CO/SGT. ROMERO,
CO MARTINEZ, and
NURSE HALEY,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 15 2008

GREGORY C. LANGHAM
    CLERK

## ORDER OF DISMISSAL

Plaintiff Tarnell Jones initiated this action by filing *pro se* a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and a Prisoner Complaint. In an order filed on January 3, 2008, Magistrate Judge Boyd N. Boland directed the clerk of the Court to commence a civil action and directed Mr. Jones to cure certain deficiencies if he wished to pursue his claims. Specifically, Magistrate Judge Boland advised Mr. Jones that the names in the caption of the *in forma pauperis* motion did not match the names in the caption of the complaint, that the names in the caption of the complaint did not match the names in the text of the complaint, and that he failed to submit a certified copy of his inmate trust fund account statement in support of the *in forma pauperis* motion. Mr. Jones was warned that the complaint and the action

would be dismissed without further notice if he failed to cure the deficiencies within thirty days.

On February 6, 2008, Mr. Jones filed an amended Prisoner Complaint and an amended Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. However, the *in forma pauperis* motion remains deficient because Mr. Jones has failed to submit a certified copy of his inmate trust fund account statement in support of that motion as directed and as required pursuant to 28 U.S.C. § 1915(a)(2). Therefore, the action will be dismissed without prejudice for failure to cure the deficiencies. Accordingly, it is

ORDERED that the complaint, the amended complaint, and the action are dismissed without prejudice for failure to cure the deficiencies. It is

FURTHER ORDERED that the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and the amended Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 are denied as moot.

DATED at Denver, Colorado, this 14 day of February, 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CERTIFICATE OF MAILING

Civil Action No. 08-cv-00007-BNB

Tarnell Jones
Prisoner No. 129815
Arkansas Valley Corr. Facility
PO Box 1000
Crowley, CO 81034

I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 2/15/08

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk